IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIDDIG A. ELGHALI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DEVRY EDUCATION GROUP, INC., et al. | : : | NO. 16-5591 |

## ORDER

**AND NOW**, this 10th day of November, 2016, upon review of Plaintiff's Motion to proceed *in forma pauperis* with attached Complaint, mindful of Congress' mandate under 28 U.S.C. § 1915(e)(2)(B)(ii), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**. The Complaint shall be docketed.

We **dismiss** the Complaint with prejudice as Plaintiff cannot state a claim upon which relief may be granted.

KEARNEY, J.